# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2015

Robert P. Young, Jr.,
Chief Justice

150167

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

TOM NOWACKI/All Others Similarly Situated,
      Plaintiff-Appellee,

v

                                    SC: 150167
                                    COA: 315969
                                    Washtenaw CC: 11-000852-CD

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 19, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2015



Clerk

s0624p